Jamie Maxine O'Connor
7431 S Sunset way
BuckeyeAZ 85326
(602) 686-4149

_X_ FILED   ___ LODGED
___ RECEIVED   ___ COPY

FEB 1 7 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Jamie Maxine O'Connor,

　　　　　　　Plaintiff,

v.

United States,

　　　　　　　Defendant(s).

CASE NUMBER:　**CV22-00257-PHX-JZB**

**COMPLAINT**

## Jurisdiction

This court has jurisdiction over this matter pursuant to Claim concerns Substandard medical care provided by agents,servants and employees of the United States at the Carl T Hayden Veteran's Administration in Phoenix Arizona, To Kenneth Albert Glenn starting on May 4,2018 and continued through June 26, 2019, date of discovery, when Mr Glenn was finally correctly diagnosed with spermatic cord epithelioid sarcoma. Due to the 13 month delay, misdiagnosis, manipulation of Cancer tumor rupturing it and spreading cancer as well as multiple exploratory surgeries and Substandard care provided by VAMC. Mr Glenn succumbed to cancer on August 6, 2019 only 6 weeks after diagnosis. §§ FTCA 28 U.S.C 1346 (b) and 2671-2680. The plaintiff is a resident of Buckeye, Maricopa County, AZ and a citizen of the United States. The defendant, , is a resident of Phoenix, AZ and a citizen of the United States. The cause of action arose in the Phoenix division.

## Complaint

Kenneth Albert Glenn presented to Phoenix VAMC Italy in Clinic on May 4,2018 due to a small lump the size of a pencil eraser, that he discovered after hitting the area on a pipe at work. With the VA health care providers failing to rule out cancer over the next year, misdiagnosis of the enlarging lump as spermatocele and hydrocele, as well as performing multiple exploratory surgeries manipulating and spreading cancer. The negligence continued through June 26,2019 when he was finally correctly diagnosed with epithelioid sarcoma. Due to the 13 month delay in diagnosis and significant breach of the standard of

care for the sarcoma  (wide excision of the tumor en bloc resection with clear margins). Mr Glenn succumbed to the Cancer August 6, 2019 within 6 weeks of diagnosis

### Demand

Request for monitary damages for medical negligence, substandard care, delay in treatment and diagnosis and for loss of life, and for Mr Glenn dying a horrific painful death, loss of time spent with my dad **Damages: $4,000,000**  13 month delay in diagnosis and substandard treatment,  pain and suffering, loss of quality of life and ultimately loss of life due to medical negligence, my dad died from sepsis, infected testicular ulceration from 5 exploratory surgeries by VAMC

Date: 2·16·2022

Signature of Pro Se Plaintiff
Jamie Maxine O'Connor
7431 S Sunset way
Buckeye, AZ 85326
(602) 686-4149

Please see attached.

**#6    DATE AND DAY OF ACCIDENT AND   #7 TIME:**

OF NOTE: Previous claims were submitted in this matter. The claims were denied on November 4, 2020. This document is a Request for Reconsideration.

This claim concerns the substandard medical care provided by agents, servants, and employees of the United States at the Carl T. Hayden Veteran's Administration Medical Center (VAMC) in Phoenix, Arizona to Kenneth Albert Glenn starting on May 4, 2018 when Mr. Glenn presented to the Phoenix VAMC Walk-In Clinic due to small, firm lump the size of a pencil eraser in his scrotal area that he discovered after hitting the area on a pipe at work with the VA health care providers failing to rule out cancer over the next year, misdiagnosing the enlarging lump as a spermatocele and hydrocele, as well as performing multiple exploratory surgeries manipulating and spreading the cancer. The negligence continued through June 26, 2019, date of discovery, when Mr. Glenn was finally correctly diagnosed with spermatic cord epithelioid sarcoma. Due to the 13-month delay in diagnosis with significant breach in the standard of care related to required treatment for a sarcoma (wide excision of the tumor en bloc resection with clear margins), Mr. Glenn tragically succumbed to the sarcoma on August 6, 2019, within 6 weeks of diagnosis.

**#8    BASIS OF CLAIM:**

This claim concerns the substandard medical care provided to Kenneth Albert Glenn, age 65, by the Phoenix VAMC including, but not limited to a 13-month delay in diagnosis of a right spermatic cord epithelioid sarcoma with failure to provide the gold standard, required treatment for a spermatic cord sarcoma (wide excision of the tumor en bloc with radical orchidectomy, excision of the ipsilateral scrotum and high spermatic cord ligation). The tumor was misdiagnosed as a spermatocele and hydrocele despite imaging with ultrasound and CT scan, as

1

well as numerous physical exams followed by an exploratory surgery performed in which manipulation and rupture of the tumor occurred leading to extensive spread of the cancer. The negligence resulted in a diagnosis of Stage IV sarcoma and Mr. Glenn's death on August 6, 2019, only 6 weeks after his diagnosis. Mr. Glenn first reported the lump on May 4, 2018. Despite imaging with an ultrasound and CT scan, physical exams by PCP, Urology, and General Surgery, as well as clear documentation that the lump was increasing in size, the most life-threatening diagnosis of cancer such as a sarcoma failed to be considered in the differential diagnosis and therefore, failed to be ruled out. Significant differences are seen on imaging between a spermatocele or hydrocele (fluid-filled cyst) and a sarcoma. Additionally, physical exam can assist with differentiation as to whether a lump is a spermatocele or tumor. A tumor is usually irregular as in Mr. Glenn's case and does not transilluminate light during physical exam compared to a spermatocele which will transilluminate light. Yet, the tumor was misdiagnosed as a spermatocele and hydrocele with exploratory surgery performed on January 31, 2019 in which manipulation and rupturing of the tumor with spillage of cancer cells throughout Mr. Glenn's pelvic cavity occurred. Sadly, this surgery on January 31, 2019 performed prior to ruling out cancer despite an enlarging mass, allowed direct spread of the cancerous cell to occur as the Surgeon perforated the tumor spilling the contents and contaminating Mr. Glenn's peritoneal cavity. Because the surgeon failed to recognize he had perforated a tumor, he failed to clean out the area or resect any of the contaminated tissue allowing the cancerous cells to seed and spread. The report stated, *"The **spermatic cord** was located and followed down to the external inguinal ring. I opened the external inguinal ring with Metzenbaum scissors and then began to **try and deliver what I believed was a spermatic cord hydrocele** through the inguinal canal. I needed to **enlarge my incision**, and in the process of trying to get **the cord hydrocele through the inguinal canal** the **sac ruptured, spilling out some old clot that was maroon or darker in color**. After this was complete, I was able to deliver the testicle and spermatic cord through the inguinal canal without any difficulty. There was a **small hydrocele on the testicle** with which I entered the hydrocele sac and tunica vaginalis. I used Bovie electrocautery to cauterize the edges of the hydrocele sac and then **I inverted the sac and closed it** with 20 chromic in a running fashion."* Following this procedure, Mr. Glenn's condition progressively and drastically deteriorated. He underwent 4 more surgeries (May 2, 2019 x2, May 25, 2019, and June 18, 2019) as the sarcoma went undiagnosed and continued to spread. On May 25, 2019 a right orchiectomy was inadvertently performed due to intraoperative bleeding issues during another exploratory procedure. The pathology specimen was sent to Mayo Clinic and on June 26, 2019 spermatic cord epithelioid sarcoma was finally diagnosed. A PET scan confirmed Mr. Glenn now had Stage IV cancer. Chemotherapy was attempted but Mr. Glenn succumbed to the cancer on August 6, 2019.

Mr. Glenn's daughter was informed by the Government attorney assigned to Mr. Glenn's FTCA wrongful death claim that the claim was denied not because negligence did not occur but

2

because Mr. Glenn had NO chance for survival and would have died anyway no matter what negligence occurred or how atrocious the negligence in Mr. Glenn's care. In other words, the 13-month delay in diagnosis, misdiagnosis of the sarcoma as a spermatocele ad hydrocele, as well as intraoperative rupture of the tumor were insignificant in his opportunity for a cure and chance for survival according to the Government. However, this opinion by the Government was unsubstantiated and unethical as **the literature does NOT support that spermatic cord epithelioid sarcoma is a terminal diagnosis with a definite death sentence.** In fact, **most individuals with a spermatic cord sarcoma have a good opportunity for a cure with early diagnosis** and have a **high chance of 5-year, 10-year, and even 15-year survival**. This was especially true for Mr. Glenn.

Sarcomas are a soft tissue cancer that present as small, firm lumps under the skin. Sarcomas are often initially discovered in advanced Stages. The tumor may go unnoticed by an individual as they are usually painless and when undetected for a long period of time the sarcomas is often advanced when diagnosed and at a later Stage which decreases the chance for survival and contributes to the poor prognosis statistics. However, in Mr. Glenn's situation, the small lump, initially described as the size of a pencil eraser, was **incidentally found** after Mr. Glenn hit his genital area on a pipe at work and he palpated the area. He reported the small, firm lump immediately to his VA PCP in 5/2018. Mr. Glenn's PCP documented the lump as 1 x 1 in on 7/20/2018. Therefore, more likely than not, based on the small size of the sarcoma at initial presentation with no other symptoms, the **cancer was in an early Stage, most likely Stage I**, and still **amenable to cure** had prompt diagnosis and surgical intervention per the standard of care been followed for Mr. Glenn.

Inguino-scrotal sarcomas as Mr. Glenn was diagnosed with are classified into the following stages-**Stage IA** defined as *Grade:* G1-2, *Tumor:* T1a-b (<5cm superficial-deep), *Lymph Nodes:* N0, *Metastases:* M0. **Stage IB** defined as *Grade:* G1-2, *Tumor:* T2a (>5cm superficial), *Lymph Nodes:* N0, *Metastases:* M0. **Stage IIA** defined as *Grade:* G1-2, *Tumor:* T2b (>5cm deep), *Lymph Nodes:* N0, *Metastases:* M0. **Stage IIB** defined as *Grade:* G3-4, *Tumor:* T1a-b (<5cm superficial-deep), *Lymph Nodes:* N0, *Metastases:* M0. **Stage IIC** defined as *Grade:* G3-4, *Tumor:* T2a (>5cm superficial), *Lymph Nodes:* N0, *Metastases:* M0. **Stage III** defined as *Grade:* G3-4, *Tumor:* T2b (>5cm deep), *Lymph Nodes:* N0, *Metastases:* M0.

**Stage IA and Stage IB sarcomas are cured** with proper surgical resection per the standard of care. **Stage IIA, Stage IIB, and Stage IIC sarcomas have a good long-term (5-year, 10-year, and 15-year prognosis),** as well as still have an opportunity for a cure with proper treatment. **Stage III sarcomas** require more aggressive treatment but are still considered **Regional (American Cancer Society) or locally-advanced (Cancer.Net) with a >50% chance of 5-year survival**. Based on the Literature and the facts of this claim, Mr. Glenn had an

excellent chance of having his sarcoma diagnosed at Stage I had the standard of care been followed by the Phoenix VAMC health care providers. Instead, due to the horrific care Mr. Glenn received with numerous reckless and erroneous decisions by his VA providers, Mr. Glenn had Stage IV cancer by the time he was diagnosed. At that point, he had no opportunity for successful treatment as his diagnosis was terminal.

The articles and studies provided below provide clear evidence that Mr. Glenn had an opportunity for cure or at a minmum long-term survival had the small sarcoma seen on 5/4/2018 been timely diagnosed and surgical treated with wide excision of the tumor en bloc with radical orchidectomy, excision of the ipsilateral scrotum and high spermatic cord ligation per the gold standard of care for spermatic cord sarcomas.

1. Study documented. "Eighty-two patients with localized SCS (**spermatic cord sarcoma**) treated at two dedicated sarcoma units between 1992 and 2013 were included. Disease-specific survival (DSS) and crude cumulative incidence of local recurrence and distant metastases (DM) were estimated by Kaplan–Meier plots and log rank tests. [...] Results: **Five-year DSS for the whole series was \*92%**. *See* **Exhibit 1,** *Prognostic Factors and Outcome of Spermatic Cord Sarcoma;* **Ann Surg Oncol.** 2014 Oct;21(11):3557-63. Conclusions stated, "Wide excision of the tumor is critical for cure, especially in the liposarcoma subgroup. The role of radiotherapy and chemotherapy is not established." *Id.*

2. "Most SCTs (spermatic cord tumors) are benign (70–80%) and are composed primarily of lipomas [Arlen *et al.* 1969]. However, because the spermatic cord originates from the mesoderm layer of the embryo (Wolffian duct) most malignant tumors of the **spermatic cord (90%) are sarcomas.**" *See* **Exhibit 2, Dayron Rodríguez and Aria F. Olum;** *Management of spermatic cord tumors: a rare urologic malignancy*; **Ther Adv Urol. 2012 Dec; 4(6): 325–334.** The article documented, "Surgical treatment of adult SCTs can provide an **overall 5- and 10-year survival rate** of \*75% and \*55%, respectively; and an **overall survival rate of \*52% at 15 years** has also been reported [Ballo *et al.* 2001; Coleman *et al.* 2003]." *Id.*

3. "**Paratesticular sarcomas** is an all-encompassing term to describe the tumours arising within the scrotum but not of testicular origin and includes the epididymis, spermatic cord, tunica vaginalis and various supporting structures.1 The majority of all paratesticular masses are benign and include lipomas, adenomatoid tumours and leiomyomas, however fewer than a third are malignant with **90% of these being sarcomas** [...] Overall, **5-year cancer-free survival** by international standards ranges from approximately \*60– 80%. The **10 and 15 year overall survival rates** have been quoted as \*63% and \*52% respectively." *See* **Exhibit 3, Robert Anthony Keenan et al;** *Paratesticular sarcomas: a case series and literature review*; **Ther Adv Urol 2019, Vol. 11: 1–8.**

4

4. An older study even noted good prognosis for spermatic cord sarcomas. "Between April 1963 and July 1991, 18 patients were treated for **spermatic cord sarcoma**. The histologic subtype distribution was: 7 leiomyosarcoma, 7 liposarcoma, 2 malignant fibrous histiocytoma, and 1 mesothelioma […] The actuarial **5 and 8-year disease free survivals** for the 18 patients were *77% and *58%, with an **overall survival of *78% and *70%**, respectively. The **5 and 8- year locoregional control rates were *82% and *61%.**" *See* **Exhibit 4,** Marcio A. Fagundes, M.D et al; *The Management of Spermatic Cord Sarcoma*; **Cancer 1996; 7R1873-6. 1996 American Cancer Society.**

5. The American Cancer Society documented, **"5-year relative survival rates for soft tissue sarcoma** (Based on people diagnosed with soft tissue sarcoma between 2009 and 2015.)

| SEER Stage | 5-Year Relative Survival Rate |
|---|---|
| **Localized** | **\*81%** |
| **Regional** | **57%** |
| Distant | 16% |
| **All SEERS stages combined** | **65%** |

*See* **Exhibit 5,** American Cancer Society; *Survival Rates for Soft Tissue Sarcoma.*

6. "**Sarcomas** are described as being localized, locally advanced, or metastatic when they are first found. **Localized** means the tumor is only in 1 area of the body. **Locally advanced** means the tumor involves or attaches to nearby tissues or organs […] The **overall 5-year survival rate** for sarcoma is **\*65%.** About **60% of sarcomas are found as a localized sarcoma**. The **5-year survival rate for people with localized sarcoma is \*81%.**" *See* **Exhibit 6,** *Sarcoma, Soft Tissue: Statistics*; **Approved by the Cancer.Net Editorial Board, 01/2020.** Had the standard of care been followed, most likely Mr. Glenn's sarcoma would have been diagnosed while the cancer was still localized. However, "About **19% of sarcomas are found in a locally advanced** stage" and "the **5-year survival rate** for people with **locally advanced sarcoma** is **\*57%.**" *Id.* The report continued, "If the **sarcoma is found at an early stage** and has not spread from where it started, **\*surgical treatment is often very effective** and **\*many people are cured.**" *Id.*

7. This more recent study is a retrospective chart review of 22 adult patients treated for **spermatic cord sarcoma** in a single institution in the **last 20 years**. The study found, "The **5-year cancer specific survival was \*91.3%.** Grading ($p = 0.480$), histotype ($p = 0.327$), and type of intervention ($p = 0.732$) were not associated with survival." *See* **Exhibit 7,** Massimo Iafrate et al; *Spermatic Cord Sarcoma: A 20-Year Single-Institution Experience*; Front Surg. 2020 Nov 17;7:566408. Conclusion stated, "We report a *good prognosis at 5 years. **Wide radical resection remains the first and**

**probably the most important step**; thus, according also to literature, negative surgical margins should be aimed." *Id.*

8. An article that analyzed survival rates <u>specifically</u> for **epithelioid sarcomas** documented, "The **5-year survival rate for epithelioid sarcoma** patients is *__50-70%__, and the **10-year survival rate is 42-55%**." *See* **Exhibit 8**, *Epithelioid Sarcomas*; **Wikipedia; 1/15/2021**. Of course, the earlier the diagnosis, the better the prognosis achieved with higher percentage of survival rate. "**Advanced stage and grade are associated with worse outcomes**." *Id.* As stated previously, <u>Mr. Glenn's sarcoma was the size of a pencil eraser</u> when he first presented to the VA indicating <u>early Stage</u> and <u>increased chance</u> for <u>not only long-term survival but a cure</u> with timely and proper care.

9. Another study that **specifically analyzed** <u>survival rates for **spermatic cord epithelioid sarcoma**</u>, the <u>same type of sarcoma</u> as Mr. Glenn showed **Mr. Glenn, more likely than not, would have survived not only 5 but 10 years had the sarcoma been timely diagnosed and correctly surgically treated per the standard of care**. "<u>Twenty-three patients</u>, including 16 men (70%) and 7 women (30%), who were treated for **epithelioid sarcoma** between <u>1979–2003</u> at the University Medical Center Groningen and Radboud University Nijmegen Medical Center, were reviewed retrospectively. The study found the **5-year and 10-year disease-free survival rates** for the <u>16 patients who received curative treatment</u>, both rates were *__56%__" providing concrete evidence that, <u>more likely than not</u> Mr. Glenn would have had a 10-year disease-free survival with proper care. *See* **Exhibit 9, Sebastian A. H. J. de Visscher et al,** *Epithelioid sarcoma: Still an only surgically curable disease*; <u>Volume107, Issue3</u>, 1 August 2006, Pages 606-612.

More importantly, this study documented **9 of 16 patients** with spermatic cord **epithelioid sarcoma** were cured and had *__NO EVIDENCE OF DISEASE__ (NED) **after 10 years**. OF NOTE: This study was conducted from <u>1979-2003</u> and advances in treatment for sarcoma have occurred over the last 17 years indicating <u>Mr. Glenn's 5-year and 10-year disease-free survival rate would have been EVEN higher</u>. The Phoenix VA health care providers took any possible opportunity for survival away from Mr. Glenn.

For the Government to opine that Mr. Glenn would have died anyway even if the horrific and inexcusable negligence by the Phoenix VAMC health care providers had not occurred and deny Mr. Glenn's FTCA wrongful death claim based on this belief was unsubstantiated and unethical. The Literature clearly supports a more likely than not chance of 5-year and 10-year survival with Mr. Glenn's type of sarcoma. Additionally, with early diagnosis, Mr. Glenn had an opportunity for a cure. The sarcoma was the size of a pencil eraser when Mr. Glenn first presented to the Phoenix VAMC on 5/4/2018 and the tumor was noted to be 1x1in on 7/20/2018, 2.5 months later indicating with prompt diagnosis the sarcoma would have been in an early Stage with wide excision of the tumor en bloc with radical orchidectomy, excision of the ipsilateral

6

scrotum and high spermatic cord ligation providing an opportunity for a cure for Mr. Glenn. Instead, under the VA care, over the next 13-months the tumor grew and spread to Stage IV by the time Mr. Glenn was diagnosed. For the Government to decide Mr. Glenn would have died even if the sarcoma had been timely diagnosed and ignore the 13-month delay in diagnosis, misdiagnosis of the sarcoma as spermatocele and hydrocele, as well as erroneous rupturing of the tumor with spread of cancerous cells intraoperatively on 1/31/2019 was incorrect and unethical. The Literature documents one must have high suspicion for sarcoma with a small, firm lump in the testicular area, especially an enlarging lump. The VA health care providers doomed Mr. Glenn when they misdiagnosed the sarcoma as a spermatocele and hydrocele, performed exploratory surgery on 1/31/2019 before ruling out that the lump was cancerous, and burst the tumor open releasing tumor cells and contaminating the entire area with cancer cells. The Phoenix VA health care providers negligence in Mr. Glenn's case was horrific and most definitely lead to spread of the cancer with loss of opportunity for cure for Mr. Glenn and prevented any opportunity for his survival.

On 5/4/2018, Mr. Glenn presented to the Phoenix VAMC Walk-In Clinic to report a small, firm lump approximately the size of a pencil eraser in his right inguinal area. Usually the reason a man will report an issue with his genital area is concern for cancer. Mr. Glenn first noticed the lump when he was feeling the area after he hit his groin area on a pipe. However, he did not suffer any injury from this event. Mr. Glenn was prescribed antibiotics. A note three days later on 5/7/2018 by Renee Cullen MSN RN stated, "Please contact Vet and see if symptoms have improved, was <u>seen as a walk in on 5/4</u>. Let him know that GC/Chlamydia Test was Negative, but there was some bacteria and WBC in his urine. <u>Continue the Antibiotic</u> and recheck UA when antibiotics are completed." ***See* Exhibit 10, Primary Care Telephone Encounter Note 5/7/2018**. The note continued, "Veteran repeated back recommendations to complete antibiotics and UA after." *Id.*

Two months later, on 7/20/2018, Mr. Glenn was called by the Phoenix VAMC to report the lump in his right inguinal area had increased in size. The note by Kristi Colonna, Physician Assistant stated, "History of Present Illness: **Right scrotal/groin area still has the lump** per Vet. He <u>was seen in **May** as a walk</u> in and was <u>stating that his **right upper scrotal/groin area was tender and has a lump**</u>. Symptoms have improved, but <u>still persist</u>." ***See* Exhibit 11, Primary Care Note 7/20/2018**. Physical Exam included, "<u>Genital</u>: **Right upper scrotal area** with **firm mildly tender mass** approx. **\*1x1 in**." *Id.* Assessment and Plan stated, "**<u>Right scrotal/groin pain</u> – <u>Ultrasound</u>. <u>Consult placed to Urology</u>.**" *Id.* Despite the lump growing from the size of a pencil eraser to 1x1in. in 2 months, there was no urgency in Mr. Glenn's care as he was not seen by Urology until 12/2019, five months later.

A scrotal ultrasound was performed on 10/23/2018. The scrotal ultrasound showed external mass to the right testicle measuring 3.4 x 2.9 x 3.7cm. Left epididymal cyst. Small bilateral hydroceles. It is not unusual for a sarcoma to be accompanied by a hydrocele.

The following month on 11/18/2018, Mr. Glenn presented to the Emergency Room due to the lump enlarging. A note by Maria Encarnita S. G. Emata, Staff Nurse Emergency Department RN BSN stated, "Chief Complaint: *__Right inguinal bulge getting bigger__, wanted to get checked." *See* **Exhibit 12, Emergency RN Care Note – Nursing Note 11/18/2018**. Pain Assessment docuemnted, "Pain scale: Does patient currently have any pain? Yes; Acute Yes; <u>Site Location</u>: **Right inguinal area**; <u>Pain Level</u>: **5**; Quality: Aches; <u>Onset/Duration</u>: **Few months**; Pattern: Comes and goes." *Id.* Nursing Procedures included, "12:25: Patient with **swelling to Right Inguinal area** accompanied with **pain 5/10**, <u>started **5 months ago** with **minimal swelling** and is **getting worse**</u>, waiting to get seen by ER provider." *Id.*

Mr. Glenn was evaluated by Glenda Williams MD Staff Physician. Dr. Williams stated, "Chief Complaint: *__Right hernia bulge is getting bigger__, <u>indicating inguinal area</u>." *See* **Exhibit 13, Physician Emergency Dept Note 11/18/2018**. History of Present Illness stated, "64-year-old male presents with **mass in right groin** that has been *__increasing in size over the past 5 months__. Says he <u>first noticed</u> it when he got hit in the groin at work—**__it was small then__**, and **has been growing**." *Id.* Exam included, "GU: normal testicles and external genitalia. + **~5x7cm nodular irregular, hard mass in right groin**, <u>separate from testicles</u>." *Id.* A CT scan of Mr. Glenn's pelvis and abdomen was performed. The report documented a "**4.0 x 6.1 x 5.1 cm fluid collection in the right inguinal canal**, directly adjacent to the right testis. <u>Differential includes loculated hydrocele or spermatocele</u>. An <u>ultrasound of the testis could further evaluate</u> on a nonemergent basis, as clinically indicated. <u>No inguinal hernia</u>. <u>No enlarged inguinal lymph nodes</u>." *Id.*

ED Course: H&P by Dr. Williams included, "Labs, CT abd/ pelvis. Surgery consult" with Assessment: 64-year-old male with **enlarging firm fluid collection in right inguinal canal of uncertain significance**. Patient appears well otherwise." *Id.* Plan stated, "Keep outpatient **surgery consult** as scheduled." *Id.*

Mr. Glenn underwent a General Surgery Consult by Irvin J. Quezon, Resident while in the ER. Chief Complaint stated, "<u>Right groin mass</u>" with History of Present Illness, "This is a 64-year-old male that presents with right groin mass. The patient sustained a blunt injury to his right groin around **6 months ago**. He **developed a pencil size firm mass in the area**. The **mass has grown over the past few months**. He had an <u>ultrasound on 10/23/2018</u> that suggested the **mass** to be external to the testicle **measuring 3.4 x 2.9 x 3.7cm**. He has an <u>appointment with Urology in December</u> but **came to the ER today because the mass is growing** and continues to

be tender. <u>CT imaging today</u> confirms the **mass** as a rim enhancing collection in the right inguinal canal just superior to the right testis, **now 4.0 x 6.1 x 5.1cm in size**. No inguinal hernia present." ***See* Exhibit 14, General Surgery Consult 11/18/2018**. Physical Exam noted, "GU-**Lobulated, mobile, tender mass** in right groin below right pubic ramus above the right testicle, non-reducible, no abdominal wall defect felt above inguinal ligament." *Id*. Assessment/Plan stated, "64-year-old with past medical history of Hep C presents with **right groin mass**. Imaging and exam do not suggest inguinal hernia. Based on mechanism of injury and exam, <u>likely hematoma, possibly of spermatic cord</u>." *Id*. Plan stated, "**No surgical intervention recommended**; <u>follow-up with Urology as planned</u>; okay to discharge home from General Surgery standpoint." *Id*. The imaging had already ruled out inguinal hernia and therefore, the reason for the General Surgery Consult was to clarify the etiology of the mass and provide a definitive diagnosis, performing a biopsy if required to rule out cancer. Yet Resident Quezon only confirmed what was already known, that the mass was not an inguinal hernia. He failed to provide any expertise or to order additional testing despite the etiology of the enlarging mass not clearly known. The note was not Cosigned until the following day, 11/19/2018, by Myung M. Kim, MD.

Therefore, despite the findings of an enlarging firm, irregular mass with surrounding fluid collection being extremely concerning for cancer, when Mr. Glenn was evaluated by General Surgery, a proper assessment, evaluation, and accurate diagnosis were not even attempted. After confirmation that an inguinal hernia was ruled out, NO surgical intervention or biopsy of the enlarging mass was performed and NO additional work-up to rule out cancer occurred.

On 12/7/2018, Mr. Glenn was finally seen for a Urology Consult. At this appointment, the sarcoma was misdiagnosed as a spermatocele and hydrocele despite imaging with ultrasound and CT scan. The appearance on imaging would be significantly different between a benign spermatocele (cyst filled with fluid at the head of the epididymis) or hydrocele and a sarcoma (solid). It does not appear that a thorough physical exam was conducted as the mass would not have tranilluminated well, as expected with a spermatocele. Mr. Glenn was seen by Beth P. Dean Physician Assistant. Chief Complaint stated, "**Scrotal Mass**." ***See* Exhibit 15, Urology Consult 12/7/2018**. History of Present Illness documented, "Reports blunt trauma injury to right groin **approximately 6-7 months ago**. Patient works in trenches jumped in trench was struck by pipe. He noticed a **\*small mass in that area** which **increased in sized**. Patient had <u>US (10/23/18)</u>: External mass to the right testicle measuring 3.4 x 2.9 x 3.7cm. Left epididymal cyst. Small bilateral hydroceles. He was seen in ER 11/18/18 due to **increase in mass size, tenderness**. Had <u>CT abd/pelvis</u> with reported 4.0 x 6.1 x 5.1 cm fluid collection in the right inguinal canal, directly adjacent to the right testis. […] No inguinal hernia, as imaged. No enlarged inguinal lymph nodes. Patient states **'lump' getting bigger**. Occasional pain, comes and goes, nothing better or worse. Now <u>interferes with his work</u>." *Id*. Exam noted, "GU: **Large Right scrotal**

9

mass/*Right Spermatocele." *Id.* Assessment stated, "Right scrotal mass/*spermatocele. **Patient seen and examined by Dr Welser**. Patient wants surgical intervention at this time since painful and interfering w work." *Id.* Plan stated, "**Schedule *Right spermatocelectomy**." *Id.* The note was signed by Eric J. Dybal, MD FACS Chief of Urology with Receipt Acknowledged By: Joseph J. Welser, Physician.

Spermatoceles are **Cystic lesions** that develop in the **head of the epididymis**. Spermatoceles grow out of the efferent tubules, where sperm are stored and mature after spermatogenesis in the testicle. **On examination**, the **lesion** is a **soft, freely movable, transilluminating mass** that is separate from and superior to the testicle. Spermatoceles rarely cause pain. **If both scrotal pain and a spermatocele are present, the pain is likely a secondary issue**. For the most part, **diagnosis of a spermatocele** can be made on physical examination alone due to the spermatocele demonstrating transillumination of the lesion. Ms. Dean, Eric J. Dybal, and Joseph J. Welser failed to perform a simple test to determine if the mass transilluminated well. Therefore, the key to diagnosis of a spermatocele is **palpation of a well-demarcated cystic lesion** that clearly lies outside the testicle that **transilluminates well with light**. Mr. Glenn's sarcoma was an irregular, firm mass and would not have transilluminated with light.

An Addendum by Dr. Welser provided clear evidence that the etiology of the mass was still very much in question stating, "Patient seen with Ms. Dean. **Large right groin bulge NOT connected to testis or *epididymis**. Most consistent with ***cord hydrocele**. Discussed with patient – **he will need *inguinal exploration, *cord hydrocelectomy**. Patient works on pipeline construction: discussed that he may need to be on light-duty work for up to 4 weeks after his operation." *Id.*

Spermatoceles as diagnosed by Ms. Dean arise from the caput (head) of the epididymis with Ms. Dean documenting plan for spermatocelectomy. However, Dr. Welser contradicted Ms. Dean's diagnosis stating the mass was not connected to the epididymis and diagnosed a cord hydrocele which is a fluid collection along the spermatic cord that lies superior to the testicle and does not communicate with the scrotal sac. Mr. Glenn's cord hydrocele was most likely due to the sarcoma which was completely missed by Dr. Welser and Ms. Dean. Dr. Welser's plan was for a cord hydrocelectomy. A prudent surgeon would have reviewed the US from 10/23/18 and determined the an external mass to the right testicle measuring 3.4 x 2.9 x 3.7cm was present in conjunction to the small bilateral hydroceles as seen on imaging and documented in the report. With any question as to the correct diagnosis of a scrotal mass, additional imaging (ultrasound or MRI) or biopsy of the lesion must be performed BEFORE exploratory surgery. Tragically, confirming the correct diagnosis of the mass despite Ms. Dean believing the mass was a spermatocele and Dr. Welser's diagnosis of only a cord hydrocele failed to occur in Mr. Glenn's

care and therefore, <u>cancer failed to be ruled out</u> and Surgery was scheduled to explore Mr. Glenn's right inguinal area.

A pre-operative report on 1/17/2019 by Mary F. Bodemann, Family Nurse Practitioner and signed by Omar P. Ulla. MD Anesthesiologist stated, "History of Present Illness: 64-year-old male has history of **right hydrocele** which <u>started with a work injury **last May**, **enlarging over time**.</u>" *See* **Exhibit 16, Pre-Procedure Note 1/17/2019.** The note continued, "Jan 31, 2019 Procedure: **Excision of Right spermatic cord hydrocele** (requested)." *Id*. Mr. Glenn was still in excellent shape and was working full-time providing evidence that he had a good opportunity for long-term survival with timely diagnosis and proper surgical intervention. Functional Status stated, "Independent. <u>Patient is able to do **>4 mets of activity** such as climbing a flight of stairs, walking up a hill, walking on level ground at 4 mph, and performing heavy work around the house</u>" and "Occupation: **Patient installs and repairs natural gas pipe for liberty pipeline.**" *Id*. Mr. Glenn stated, "Subjective: '<u>I've been fighting to get this fixed since last year.</u>'" *Id*. Mr. Glenn had been incorrectly informed that the mass was benign and treatment was not urgent. Assessment stated, "**<u>Right spermatocele</u>**" although the planned procedure was "<u>excision of spermatic cord **hydrocele**.</u>" *Id*. Plan stated, "Proceed with scheduled procedure." *Id*.

On 1/31/2019, Mr. Glenn underwent exploratory surgery by Joseph J. Welser with excision of a small right spermatic cord hydrocele. Sadly, this surgery performed prior to ruling out cancer despite an enlarging mass and unclear diagnosis, allowed direct spread of the cancerous cells to occur as the Surgeon perforated the tumor spilling the contents and contaminating Mr. Glenn's genital area and peritoneal cavity with cancerous cells.

Procedures Performed stated, "1. Right inguinal exploration. 2. Evacuation of right inguinal subcutaneous hematoma. 3. Right hydrocelectomy." *See* **Exhibit 17, Operative Report 1/31/2019.** Indications for Procedure stated, "The patient is a 64-year-old gentleman who had a blunt trauma injury to his right groin approximately **8 months ago.** He works in trenches laying gas pipe and he was struck by a pipe in his right groin. He **noticed a small mass in that area** which **increased in size.** He had an <u>ultrasound in October,</u> which was **reviewed by me** and **appeared to be** a <u>right spermatic cord hydrocele.</u> After discussing the alternatives, we discussed that we need to perform a **right inguinal exploration** and likely evacuation and removal of a <u>right spermatic cord hydrocele.</u>" *Id*. At this point, Dr. Welser reviewed the ultrasound images and had another opportunity to recognize the <u>external mass to the right testicle measuring 3.4 x 2.9 x 3.7cm</u> as seen on ultrasound was completely separate from the small bilateral hydroceles noted; that the characteristics of the mass were not consistent with a fluid-filled cord hydrocele; and additional work-up to rule out cancer was required prior to performing an exploratory surgery with high risk of spread of the cancer with tumor manipulation. Tragically, Dr. Welser forged ahead, essentially creating a death sentence for Mr. Glenn.

11

**11/18/2018** 12:15 Physician Emergency Dept Note – "CC: Right hernia bulge is getting bigger, indicating inguinal area.

HPI: 64 yo M presents with mass in right groin that has been increasing in size over the past 5 months. Says he first noticed it when he got hit in the groin at work—it was small then, and has been growing."

"GU: normal testicles and external genitalia. + ~5x7cm nodular irregular hard mass in right groin, separate from testicles. […]

CT abd/ pelvis-

Impression: A 4.0 x 6.1 x 5.1 cm fluid collection in the right inguinal canal, directly adjacent to the right testis. Differential includes loculated hydrocele or spermatocele. An ultrasound of the testis could further evaluate on a nonemergent basis, as clinically indicated.

No inguinal hernia [...] No enlarged inguinal lymph nodes."

"ED Course: H&P"

"Labs, CT abd/ pelvis

Surgery consult-Assessment: 64 yo M with enlarging firm fluid collection in right inguinal canal of uncertain significance. Pt appears well otherwise.

Plan: Keep outpatient surgery consult as scheduled […]

Glenda Williams MD Staff Physician"

**11/18/2018 17:05** General Surgery Consult

CC: Right groin mass

"HPI: This is a 64-year-old male that presents with right groin mass. The patient sustained a blunt injury to his right groin around 6 months ago. He developed a pencil size firm mass in the area. The mass has grown over the past few months. He had an ultrasound on 10/23/2018 that suggested the mass to be external to the testicle measuring 3.4 x 2.9 x 3.7cm. He has an appointment with Urology in December but came to the ER today because the mass is growing and continues to be tender. CT imaging today confirms the mass as a rim enhancing collection in the right inguinal canal just superior to the right testis, now 4.0 x 6.1 x 5.1cm in size. No inguinal hernia present."

PE: GU-Lobulated, mobile, tender mass in right grin below right pubic ramus above the right testicle, non-reducible, no abdominal wall defect felt above inguinal ligament.

Assessment/Plan: 64-year-old with past medical history of Hep c presents with right groin mass. Imaging and exam do not suggest inguinal; hernia. Based on mechanism of injury and exam, likely hematoma, possibly of spermatic cord.

3

Plan: No surgical intervention recommended; follow-up with Urology as planned; okay to discharge home from General Surgery standpoint.

Irvin J. Quezon, Resident; cosigned 11/19/2018 by Myung M. Kim, MD

**12/07/2018** 13:06 Urology Consult – "CC: Scrotal Mass

HPI: [...] Pt reports blunt trauma injury to right groin approx 6-7 months ago. Pt works in trenches jumped in trench was struck by pipe. He noticed a small mass in that area which increased in sized. Pt had US (10/23/18): external mass to right testicle measuring 3.4 x 2.9 x 3.7cm. Left epididymal cyst. Small bilateral hydroceles. He was seen in ER 11/18/18 due to increase in mass size, tenderness. Had CT abd/pel w reported.

A 4.0 x 6.1 x 5.1 cm fluid collection in the right inguinal canal, directly adjacent to the right testis. [...]

No inguinal hernia, as imaged. No enlarged inguinal lymph nodes. [...] Pt states "lump" getting bigger. Occ pain, comes and goes, nothing better or worse. Now interferes with his work. [...]

GU: [...] Large R scrotal mass/R Spermatocele'

"Images US (10/23/18): external mass to the right testicle measuring 3.4 x 2.9 x 3.7cm. [...] Small bilateral hydroceles (taken from ER note 11/18/18)

CT abd/pel w 11/18/18: Impression: A 4.0 x 6.1 x 5.1 cm fluid collection in the right inguinal canal, directly adjacent to the right testis. [...]

No inguinal hernia, as imaged. No enlarged inguinal lymph nodes"

"A: R scrotal mass/spermatocele. Pt seen and examined by Dr Welser. Pt wants surgical intervention at this time since painful and interfering w work

P: Schedule R spermatocelectomy. [...]

Beth P Dean Physician Assistant [...] Eric J Dybal, MD FACS Chief of Urology [...]

Receipt Acknowledged By: [...] Joseph J Welser, Physician

12/07/2018 Addendum [...] Patient seen with Ms. Dean. Large right groin bulge not connected to testis or epididymis. Most consistent with cord hydrocele. Discussed with patient – he will need inguinal exploration, cord hydrocelectomy. Patient works on pipeline construction; discussed that he may need to be on light-duty work for up to 4 weeks after his operation. [...]

Joseph J Welser, Physician"

**01/17/2019** 08:58 Preprocedure Note – "Procedure: Excision of right spermatic cord hydrocele

Hx PI: 64 yo male has history of right hydrocele which started with a work injury last May, enlarging over time."

"Jan 31, 2019 Proc: Excision of Right spermatic cord hydrocele (requested) [...]

Functional Status: Independent

Pt is able to do >4 mets of activity such as climbing a flight of stairs, walking up a hill, walking on level ground at 4 mph, and performing heavy work around the house. […]

Occupation: Pt installs and repairs natural gas pipe for liberty pipeline."

"S: I've been fighting to get this fixed since last year.'"

"A: Right spermatocele […] P: […] Proceed with scheduled procedure"

"Mary F Bodemann, Family Nurse Practitioner […] Omar P Ulla, MD Anesthesiologist"

**01/31/2019** Operative Report – "Procedures Performed:

1. Right inguinal exploration. 2. Evacuation of right inguinal subcutaneous hematoma. 3. Right hydrocelectomy.

SURGEON: Joseph Welser, MD […]

Preoperative diagnosis: right spermatic cord hydrocele.

Postoperative diagnosis: 1. Right subcutaneous inguinal hematoma. 2. Right spermatic cord hydrocele.

FINDINGS: 1. Hematoma in the subcutaneous space in the right inguinal area. 2. Small right hydrocele. […]

Indications for Procedure: The patient is a 64-year-old gentleman who had a blunt trauma injury to his right groin approximately 8 months ago. He works in trenches laying gas pipe and he was struck by a pipe in his right groin. He noticed a small mass in that area which increased in size. He had an ultrasound in October, which was reviewed by me and appeared to be a right spermatic cord hydrocele. After discussing the alternatives, we discussed that we need to perform a right inguinal exploration and likely evacuation" "and removal of a right spermatic cord hydrocele […]

Procedure in Detail: The spermatic cord was located and followed down to the external inguinal ring. I opened the external inguinal ring with Metzenbaum scissors and then began to try and deliver what I believed was a spermatic cord hydrocele through the inguinal canal. I needed to enlarge my incision, and in the process of trying to get the cord hydrocele through the inguinal canal the sac ruptured, spilling out some old clot that was maroon or darker in color. After this was complete, I was able to deliver the testicle and spermatic cord through the inguinal canal without any difficulty. There was a small hydrocele on the testicle with which I entered the hydrocele sac and tunica vaginalis […] I then turned my attention to examining the space where the hematoma came from. Using blunt finger dissection, I was able to ascertain that the hematoma was in the inguinal subcutaneous space. I inverted this space and I examined it and there did not appear to be any active bleeding. However, I was concerned because the patient had reportedly had this for several months and I was concerned that there might be a source of active bleeding site, so again I investigated but found no source of active bleeding."

"Welser, Joseph […]"

Nurse Intraoperative Report […]
Operation Begin: Jan 31, 2019 08:45          Operation End: Jan 31, 2019 11:03"

**02/08/2019** 17:00 Physician Emergency Dept Note – "CC SP R Spermatic Cord Hydrolectomy 8 days ago; Increased swelling and pain R scrotal sac 3 days; Dysuria 2 days

HPI: He went to urology yesterday and was told to go to the ED. […]

ROS:" "GU= ++ urinary sxs […]

Active Problems […] Spermatocele"

"Local Exam: Swollen and painful R scrotal sac […]

CT abdomen, pelvis without contrast […]

17:46 […] Clinical History: Status post urological procedure. Peroneal, scrotal and lower abdominal pain"

"Impression: Fluid and air within the right inguinal canal which is presumed to be postprocedural in nature. -Right sided hydrocele which is larger than previous. […]

Primary Interpreting Staff: Ross A Macarthur, MD, Radiologist […]

Impression: R scrotal sac pain and swelling post-op; labs and ct ok […] scrotal us ordered in the afternoon but was not done

Plan: […] US Report Reviewed From Banner: R epididymo-orchitis; L varicocele
Case dw urology and was recommended: Levofloxacin 500mg daily for 14 days"

"Afroze A Ahmad, MD"

**02/11/2019** 08:28 Urology Note – "CC: Scrotal mass […]

I saw patient with Ms. Dean and findings were most consistent with cord hydrocele. He underwent right inguinal exploration, where a small hydrocele was found (and treated,) but the previous finding corresponded to an ectopic (in subcutaneous space,) inguinal hematoma, which was evacuated. The cavity was packed with surgicil and closed. Patient presented to the ER on 2/8 with worsening scrotal swelling with associated scrotal pain. He states that the pain comes and goes: sometimes it is not present at all, sometimes it is present and dull, sometimes it is present and sharp. He had an ultrasound at an outside hospital that was consistent with right epididymo-orchitis, good blood flow to right testis. CT scan here showed fluid collection at surgical site. Pain is improving somewhat, swelling is about the same as on 2/8 in the ER. […]

Physical Exam:" "Well healing right inguinal incision […]

Genitourinary: […] Golf ball-sized right hydrocele vs hematoma – compressible, not tight. […]
Images:"

6

"CT ABD/PELVIS (2/8/19)-Impression: Fluid and air within the right inguinal canal which is presumed to be postprocedural in nature. -Right sided hydrocele which is larger than previous.

Plan: […] Discussed that normal course of resolution was for the pain to resolve over a few days; swelling may take weeks to resolve; Overall benign assurance […]

Joseph J Welser, Physician"

**05/02/2019** 08:14 Operation Report – "Procedures Performed: Right Groin Exploration Evacuation of Hematoma
Surgeon: Joseph Welsner, MD
Preoperative Diagnosis: Right groin hematoma […]
Findings: hematoma and phlegmon in subcutaneous ectopic space. […]

Indications for Procedure: The patient is a 64-year-old gentleman who I saw in December of 2018, for swelling in his right groin. […] Initially, this area was thought to be a right cord hydrocele. He underwent an inguinal exploration and hydrocelectomy on January 31, 2019, where he was found to have an ectopic subcutaneous pocket which contained the hematoma. No active bleeding was found. The ectopic cavity was packed with Surgicel and closed. A few weeks after surgery, the patient returned with progressively increasing swelling in his right groin. Conservative measures were taken as this was thought to be a postoperative hematoma. However, the swelling continued to increase in size and ultimately we made the" "decision for a reexploration and hematoma evacuation. […]

Procedure in Detail: […] The hematoma appeared to be coming from the same ectopic pocket. I made a small incision in the pocket containing the hematoma and evacuated mostly old clot from the pocket. Once all the hematoma was evacuated, I opened the cavity more and found a significant amount of phlegmonous tissue in there which was all debrided. I did not see any actively bleeding areas despite searching for approximately 15 to 20 minutes. […]

Welser, Joseph"

"Nurse Intraoperative Report: […]
Operation Begin: May 02, 2019 08:39        Operation End: May 02, 2019 09:59"

19:48 Operative Report – "Procedures Performed: Right groin exploration
Evacuation of Hematoma.

Preoperative Diagnosis: Persistent bleed in the right groin. […]
Findings: Bleeding from phlegmonous tissue deep within subcutaneous ectopic cavity. […]

Indications for Procedure: The patient is a 64-year-old gentleman with a history of a right groin hematoma for almost 1 year now. He had previously undergone 2 attempts to evacuate the hematoma, but had persistent bleeding after. The last attempt was earlier today. Because he was still showing drainage from the wound and signs of bleeding, it was decided to take him back.

Procedure in Detail: [...] The patient had appeared to have reaccumulated some hematoma in the ectopic cavity. We incised in the right inguinal area right on top of the hematoma. Bovie electrocautery was used to carry the incision down through the layers of the abdomen. We did get into the ectopic subcutaneous space that was previously" "explored. All of the hematoma in the space was evacuated. We then began to explore the cavity. There was lots of inflamed phlegmon in the cavity. We excised and debrided quite a bit of this tissue to attempt to locate the source of the bleeding. The bleeding did appear to be coming from deep within the phlegmonous cavity. When the location of the bleeding was narrowed down, we packed the area with Surgicel and used 2-0 Vicryl suture in a running fashion to close this tissue together in that area. [...] We paused for approximately 5 minutes to observe to see if there was any active bleeding, and there was not. [...] Joseph J Welser, Physician"

"Nurse Intraoperative Report: [...] Operation Begin: May 02, 2019 20:05  Operation End: May 02, 2019 20:53"

**05/25/2019** Operative Report – "Preoperative Diagnosis: Right scrotal hematoma. [...]"

Procedure Performed: Scrotal exploration with evacuation of clot, debridement of fibrotic tissue and inguinal orchiectomy.

Surgeon: Craig Barkley, MD [...]

Findings: An incision was made through the old incision from mid through scrotum and up through the right inguinal canal. Upon opening it, we released about 300 maybe 400 mL of old necrotic blood. So we started debriding first medial against right corporal body where most of the bleeding was and we made the decision to excise this old necrotic tissue. Once we got to good tissue, we found that there was a hole in the right corporal body. [...] There was also oozing coming around at the tight fibrotic tissue at the external oblique around the testicle and the testicle was bluntly freed off this necrotic tissue in the inguinal canal and in doing so, we got into bleeding of the testicular artery. This was attempted to be oversewn on 3 different occasions and we could not stop the bleeding. At this point, fearing the testicle was necrotic from having tied off the" "testicular artery, we went ahead and clamped the cord in 2 layers and cut it distally. We tied the cord off with 0 Vicryl suture free and with a swagged needle. [...]

Barkley, Craig [...]

Nurse Intraoperative Report [...]

Operation Begin: May 25, 2019 13:11        Operation End: May 25, 2019 14:45"

Surgical Pathology – "Preoperative Diagnosis: Right Groin Hematoma"

"Gross Description [...] Received is a 4.7 x 4.2 x 3.5 cm orchiectomy specimen with a spermatic cord that is 5.2 cm in length and ranges in diameter from 1.5 cm to 4.2 cm. [...] The cut surfaces of the spermatic cord are indurated with dense fibrotic areas and hemorrhagic areas. [...]

Diagnosis: Testis and spermatic cord, right, orchiectomy: peritesticular and perispermatic cord tissue with granulation tissue, hemorrhage, foreign body reaction and epithelioid proliferation"

8

"Supplementary Report Date: Jun 26, 2019 [...] Mayo Clinic Scottsdale Laboratory [...] Final Diagnosis [...] Epithelioid Sarcoma, Proximal Type [...]

Comment: [...] the soft tissue adjacent to the spermatic cord shows dense fibrous sclerosis, inflammatory changes, foreign body giant cell reaction, and an infiltrative epithelial proliferation. The atypical cells have a distinctive rhabdoid morphology, with uniform large nuclei containing prominent nucleoli. The cells are arranged as single cells, cords and large clusters space and show infiltration into the soft tissue surrounding the vas deferens and spermatic cord. The submitted immunohistochemical stains show the tumor cells are" "positive for pankeratin. CD3, CD20, CD34, CD138, CK 5/6, p63, and S100 are negative. [...] The overall features (morphology, immunophenotype, and clinical presentation) fits with a proximal-type epithelioid sarcoma. [...]

Melissa L. Stanton, M.D. Consultant, Division of Anatomic Pathology; Assistant Professor of Laboratory Medicine and Pathology [...]

Supplementary Report Date: Jun 27, 2019 [...] Testis and spermatic cord, right, orchiectomy:

- proximal margin (spermatic cord) with malignancy present

- perineural invasion present (see comment)

Comment: The malignant cells are present in the area of granulation tissue and hemorrhage, which are located in the peritesticular and perispermatic cord soft tissue, including the spermatic cord margin. The inked surface of the testis, which is received without the tunica vaginalis, show malignant cells in the area adjacent to the epididymis"

"Glenda F Amog-Jones, MD Staff Pathologist"

**06/18/2019** Operative Report – "Procedures Performed: 1. Scrotal exploration and evacuation of right hemiscrotal hematoma. 2. Debridement of scrotum with primary closure. [...]

Joseph Welser, MD [...]

Preoperative Diagnosis: Right hemiscrotal hematoma. [...]

Findings: Scrotal hematoma which was evacuated.

Copious amounts of phlegmon and granulation tissue all throughout the inside of the right hemiscrotum [...] Slow ooze from essentially everywhere in the right hemiscrotum.[...]

Indications for Procedure: The patient is a 65-year-old gentleman well known to me. Approximately 1 year ago, he hit his right groin on a pipe that was protruding from the ground which resulted in pain and swelling which persisted for 6 or 7 months until I saw" "him. Since then, he has been taken back to the operating room 4 previous times for evacuation of scrotal hematoma in an attempt to stop the source of bleeding. The last time was on May 25, 2019, when he was taken back by my colleague, Dr. Craig Barkley. At that time, Dr. Barkley found a defect in his right corporal body which was causing the bleeding. He fixed the defect and initially the patient was doing very well. However, about a week later, the patient was sitting on the toilet

9

having constipation when he felt something pop. After that, he experienced pain and swelling in his scrotum again. I attempted conservative management for a few weeks. However, the patient returned yesterday with a scrotal ultrasound which showed an expanding hematoma and he had drainage from between the staples of his old wound. Therefore, I elected to bring him back to the operating room for another scrotal exploration and evacuation of hematoma and to attempt to stop the bleeding.

Procedure in Detail: […] the remaining 4 staples left in the patient's incision were removed. A cutdown through the patient's old incision over the right hemiscrotum was performed. Almost immediately there was return of old blood and hematoma. We fully evacuated the hematoma and then extended our incision towards the bottom of his scrotum. There were copious amounts of phlegmon throughout his whole right hemiscrotum which we debrided. I essentially turned his scrotum inside-out to look for the source of bleeding and the bleeding appeared to be coming from all of the debrided phlegmon and granulation tissue below. We attempted to stop the bleeding with Bovie electrocautery, but it was unable to be stopped in this manner. This raised the suspicion for some sort of bleeding disorder. The patient did have normal coagulation studies in the past, but I did not recall him being evaluated for a platelet disorder for instance."

"Welser, Joseph […]

Nurse Intraoperative Report […]
Operation Begin: Jun 18, 2019 17:17          Operation End: Jun 18, 2019 18:38"


**Prognostic Factors and Outcome of Spermatic Cord Sarcoma** – "Eighty-two patients with localized SCS treated at two dedicated sarcoma units between 1992 and 2013 were included. Disease-specific survival (DSS) and crude cumulative incidence of local recurrence and distant metastases (DM) were estimated by Kaplan–Meier plots and log rank tests. […]

Results: […] Five-year DSS for the whole series was 92 % […]

Conclusions: Wide excision of the tumor is critical for cure, especially in the liposarcoma subgroup. The role of radiotherapy and chemotherapy is not established."

**8/6/2019** DOD